

United States District Court
for the
DISTRICT OF MARYLAND

U.S.A. vs. Neil Persaud

Docket No.: 0416 8:03CR00018-002

SEALED Petition on Supervised Release

COMES NOW Tanyita Ruley PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Neil Persaud who was placed on supervision for Conspiracy To Distribute and Possess with Intent to Distribute 5 or More Kilograms of Cocaine and 100 or More Kilograms of Marijuana, a Class A felony*, by the Honorable Deborah K. Chasanow, U.S. District Judge, sitting in the court at Greenbelt, Maryland, on the 30th day of March, 2004 who fixed the period of supervision at 135 Months Bureau of Prisons; 60 Months Supervised Release **, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Pursuant to 18 U.S.C. §3583 the maximum penalty upon revocation - 60 months.
** Committed to custody of the Bureau of Prisons for 135 months, followed by supervised release for a term of 5 years.

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

2. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. The defendant was in violation of the Statutory Condition which states that the defendant shall not commit any federal, state, or local crime.

On or about September 30, 2017 Mr. Persaud did commit the crime of First Degree Child Sexual Abuse and First Degree Sexual Abuse of a Minor, as charged in Case Number 2017-CF1-016735 by the Metropolitan Police Department, in violation of Statutory Condition #1 which states that you shall not commit any federal, state, or local crime.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and lodged as a detainer at the Central Detention Facility, Washington, D.C., for the arrest of Neil Persaud for alleged violations of supervised release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
Considered and ordered as prayed this 12th day of Ot., 2017 and ordered filed and made a part of the records in the above case.

_____
Deborah K. Chasanow
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tanyita Ruley, Senior U.S. Probation Officer

Date:   October 12, 2017

Reviewed and Approved By:

_____
Marrell R. Harden, Supervisory U.S. Probation Officer

Date:   October 12, 2017

Place:  Greenbelt, Maryland